**Motion Granted and Order filed February 5, 2015.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00952-CV**
**NO. 14-14-00053-CV**
**NO. 14-14-00954-CV**

_____

**IN RE NATHANIEL JONES III, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2013-18938, 2013-25626 & 2013-25627**

## O R D E R

Relator filed an original proceeding in this court and has requested the clerk's records in trial court cause numbers 2013-18938, 2013-25626, and 2013-25627. We grant relator's motion. The Harris County District Clerk is directed to file the clerk's records on or before February 20, 2015, containing the records of the **expunction proceedings** in the above-referenced trial court cause numbers.

If the records are not part of the above-referenced case files, the district clerk is directed to file a clerk's record containing a certified statement that the requested records are not part of the case files.


PER CURIAM